# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MALCOLM JAMAL NAVERRO

NO. 2024 KW 0811

**NOVEMBER 18, 2024**

---

In Re:    Malcolm Jamal Naverro, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 06-170099.

---

BEFORE:   **THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator fails to include the indictment, the State's procedural objections to the application for postconviction relief, pertinent court minutes, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT